## CASE ANNOUNCEMENTS

### *March 23, 2010*

[Cite as *03/23/2010 Case Announcements #2*, 2010-Ohio-1136.]

## DISCIPLINARY CASES

**2008–1729. Disciplinary Counsel v. Davis.**
This matter came on for further consideration upon the filing of a motion for an order to appear and show cause filed by relator, Disciplinary Counsel, on January 13, 2010, requesting the court to issue an order directing respondent to appear and show cause why she should not be found in contempt for her failure to abide by the court's August 29, 2008 order. Respondent did not file a response. Accordingly,

It is ordered by the court, sua sponte, that respondent appear in person before this court on April 20, 2010 at 9:00 a.m.

## CASE ANNOUNCEMENTS

### *March 23, 2010*

[Cite as *03/23/2010 Case Announcements #3*, 2010-Ohio-1167.]

## MOTION AND PROCEDURAL RULINGS

**2010–0488. State ex rel. Hoag v. Lucas Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition involving an expedited election matter. Upon consideration of the Lucas County Republican Party and John Lavelle's motion for leave to intervene as respondents,

It is ordered by the court that the motion is granted.

O'CONNOR and LANZINGER, JJ., not participating.

## CASE ANNOUNCEMENTS

### *March 24, 2010*

[Cite as *03/24/2010 Case Announcements*, 2010-Ohio-1075.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–2362. State ex rel. Griffin v. Stewart.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.